# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **WILLIAM CARPENTER, <u>et al.</u>,** | ) | **Civil Action No. 7:14-cv-00341** |
| **Plaintiff,** | ) | |
| | ) | **OPINION** |
| **v.** | ) | |
| | ) | **By:   James P. Jones** |
| **R. CLARY** | ) | **United States District Judge** |
| **Defendant(s).** | ) | |

Johnny R.T. Carrington, proceeding <u>pro</u> <u>se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983.  By Order entered July 18, 2014, the court directed plaintiff to submit within 10 days from the date of the Order an executed verified statement form. Plaintiff returned an incomplete verified statement form on July 30, 2014 which was not signed or dated. On July 30, 2014, the court directed plaintiff to submit within 10 days from the date of the Order the consent to withholding of fees form.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER:  This ____27th____ day of August, 2014.

s/James P. Jones
_____
United States District Judge